# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| George Kattula, Ashley Adams, John Alexander, Kenneth Axelsson, Tara Bennett, Al Bigonia, Joseph Blumetti, Darren Bradley, Dallas Bray, Franklin Calderón, Wayne Colt Carter, Allan Chiulli, Lolletta Cohen, Laleh Dallalnejad, Erick Eliezaire, Mark Gambell, Rodrigo Garcia, Mark Girshovich, Charles Glackin, Eldon Hastings, Roger Haston, Travis Houzenga, Dan Hyatt, Bobby Johnson, Jane Krieser, Eric Larson, Chris Longstreth, Ngoun Mang, Lisa Marcial, Bianca McWilliams, Victor Mechanic, Mihail Mihalitsas, Brady Lee Nessler, Frank Onimus, Vilasini Pillai, William Plyler, Edward Polhill, Steven Paperno, Luis Rodriguez, Earlando Samuel, Von Sims, Varun Singh, Larry Sowell, Vesselina Spassova, Richard Stefani, Christopher Suero, Natalie Tang, Daniel Tucker, Fatima Waheed, Eric White, Bob Whittington, and Karen Wright, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>Coinbase Global, Inc., and Coinbase Inc.,<br><br>          Defendants. | CIVIL FILE ACTION<br>NO. 1:22-cv-03250-TWT<br><br>**CLASS ACTION**<br><br><br>JURY TRIAL DEMANDED<br><br><br><br>**PLAINTIFFS' MOTION TO APPOINT A RECEIVER** |

Plaintiffs George Kattula, Ashley Adams, John Alexander, Kenneth Axelsson, Tara Bennett, Al Bigonia, Joseph Blumetti, Darren Bradley, Dallas Bray, Franklin Calderón, Wayne Colt Carter, Allan Chiulli, Lolletta Cohen, Laleh Dallalnejad, Erick Eliezaire, Mark Gambell, Rodrigo Garcia, Mark Girshovich, Charles Glackin, Eldon Hastings, Roger Haston, Travis Houzenga, Dan Hyatt, Bobby Johnson, Jane Krieser, Eric Larson, Chris Longstreth, Ngoun Mang, Lisa Marcial, Bianca McWilliams, Victor Mechanic, Mihail Mihalitsas, Brady Lee Nessler, Frank Onimus, Vilasini Pillai, William Plyler, Edward Polhill, Steven Paperno, Luis Rodriguez, Earlando Samuel, Von Sims, Varun Singh, Larry Sowell, Vesselina Spassova, Richard Stefani, Christopher Suero, Natalie Tang, Daniel Tucker, Fatima Waheed, Eric White, Bob Whittington, and Karen Wright, individually and on behalf of all others similarly situated ("Plaintiffs"), pursuant to Rule 66 of the Federal Rules of Civil Procedure and O.C.G.A. § 9-7-3, hereby make and file this Motion to Appoint a Receiver for the limited purpose of examining certain user accounts of Defendants Coinbase Global Inc. and Coinbase Inc. (collectively "Coinbase" or "Defendants").  For the reasons set forth in the accompanying memorandum and declarations, Plaintiffs respectfully request the Court grant this motion and appoint a receiver for the limited purposes explained herein on the terms set forth in the Proposed Order.

Respectfully submitted, this 16th of November, 2022.

                      HERMAN JONES LLP

                      /s/ *John C. Herman*

                      John C. Herman
                        (Georgia Bar No. 348370)
                      Serina M. Vash
                      (admitted pro hac vice)
                      HERMAN JONES LLP
                      3424 Peachtree Road, N.E., Suite 1650
                      Atlanta, Georgia 30326
                      Telephone: (404) 504-6500
                      Facsimile: (404) 504-6501
                      jherman@hermanjones.com
                      svash@hermanjones.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing document with the Clerk of the District Court, and the CM/ECF system will send notification of such filing to all attorneys of record.

Dated: November 16, 2022

>	*/s/ John C. Herman*
>	John C. Herman
>	*Counsel for Plaintiffs*