# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| George Kattula, Ashley Adams, John Alexander, Kenneth Axelsson, Tara Bennett, Al Bigonia, Joseph Blumetti, Darren Bradley, Dallas Bray, Franklin Calderón, Wayne Colt Carter, Allan Chiulli, Lolletta Cohen, Laleh Dallalnejad, Erick Eliezaire, Mark Gambell, Rodrigo Garcia, Mark Girshovich, Charles Glackin, Eldon Hastings, Roger Haston, Travis Houzenga, Dan Hyatt, Bobby Johnson, Jane Krieser, Eric Larson, Chris Longstreth, Ngoun Mang, Lisa Marcial, Bianca McWilliams, Victor Mechanic, Mihail Mihalitsas, Brady Lee Nessler, Frank Onimus, Vilasini Pillai, William Plyler, Edward Polhill, Steven Paperno, Luis Rodriguez, Earlando Samuel, Von Sims, Varun Singh, Larry Sowell, Vesselina Spassova, Richard Stefani, Christopher Suero, Natalie Tang, Daniel Tucker, Fatima Waheed, Eric White, Bob Whittington, and Karen Wright, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>Coinbase Global, Inc., and Coinbase Inc.,<br><br>      Defendants. | CIVIL FILE ACTION<br>NO. 1:22-cv-03250-TWT<br><br>**CLASS ACTION**<br><br><br>JURY TRIAL DEMANDED<br><br><br><br>**PLAINTIFFS' SURREPLY RESPONSE TO COINBASE'S SECOND MOTION TO REQUIRE DISCLOSURE OF PLAINTIFF IDENTITIES** |

Plaintiffs, individually and on behalf of all others similarly situated, submit this Surreply to Defendants' Second Emergency Motion to Require Disclosure of Plaintiff Identities (the "Motion").

In their Reply Brief, Defendants Coinbase Global, Inc. and Coinbase Inc. ("Defendants" or "Coinbase") for the first time attach a draft of a Protective Order that they request the Court to enter in this case. The manner in which this document is presented to the Court is improper as it was not attached to their initial motion and, as a result, gave no opportunity for Plaintiffs to respond to the Defendants' request. This request is therefore improper and should be rejected by the Court.

Defendants' draft protective order should not only be rejected on procedural grounds, but on substantive grounds as well. The parties came to an agreement before the hearing with the Court on December 7, 2022 to: (1) mutually exchange certain information; (2) without prejudice; and (3) subject to a protective order. *See* [ECF 55-1]. Notably there is no disagreement as to *what information* is to be exchanged. The parties confirmed that agreement on the record, before the Court, leaving the sole issue at the December 7th Hearing Defendants' contested request for a stay of Plaintiffs' Motion for a Receiver. Despite their December 7th agreement with Plaintiffs, and their clear representations to this Court on the record, Defendants now go back on that agreement incorrectly purporting that this is "Plaintiffs'

requested stipulated protective order." [ECF. 54]  The exigency of entering the agreed-upon protective order is underscored by Coinbase's January 4, 2023 Consent Order with the New York Department of Financial Services, which details Coinbase's failings as respects identifying and protecting customers and their data.[1]

Despite the clear agreement that this agreement was "without prejudice," Defendants now want an order that is "without prejudice" as to Coinbase, but "with prejudice" as to Plaintiffs.  Defendants seek to reserve their rights and force Plaintiffs to their waive their rights by asking the Court to enter an order that forces an agreement with Defendants' position that they have not acted inconsistently with their position concerning arbitration.  Plaintiffs never agreed to this concession and it is plainly contrary to the parties' agreement.

---

[1] *See* www.dfs.ny.gov/system/files/documents/2023/01/ea20230104_coinbase.pdf.

Respectfully submitted, this 5th day of January, 2022.

                                  HERMAN JONES LLP

                                  */s/ John C. Herman*
John C. Herman
  (Georgia Bar No. 348370)
Serina M. Vash
  (admitted pro hac vice)
HERMAN JONES LLP
3424 Peachtree Road, N.E., Suite 1650
Atlanta, Georgia 30326
Telephone: (404) 504-6500
Facsimile: (404) 504-6501
jherman@hermanjones.com
svash@hermanjones.com

## CERTIFICATE OF COMPLIANCE WITH LR 5.1

I hereby certify that the foregoing document is written in 14-point Times New Roman font in accordance with Local Rule 5.1.

Dated: January 5, 2023

                                      By: /s/ *John C. Herman*

                                              John C. Herman
                                              HERMAN JONES LLP

                                              *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing document with the Clerk of the District Court, and the CM/ECF system will send notification of such filing to all attorneys of record.

Dated: January 5, 2023

>   */s/ John C. Herman*
>   John C. Herman
>   *Counsel for Plaintiffs*