IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| George Kattula, Ashley Adams, John Alexander, Kenneth Axelsson, Tara Bennett, Al Bigonia, Joseph Blumetti, Darren Bradley, Dallas Bray, Franklin Calderón, Wayne Colt Carter, Allan Chiulli, Lolletta Cohen, Laleh Dallalnejad, Erick Eliezaire, Mark Gambell, Rodrigo Garcia, Mark Girshovich, Charles Glackin, Eldon Hastings, Roger Haston, Travis Houzenga, Dan Hyatt, Bobby Johnson, Jane Krieser, Eric Larson, Chris Longstreth, Ngoun Mang, Lisa Marcial, Bianca McWilliams, Victor Mechanic, Mihail Mihalitsas, Brady Lee Nessler, Frank Onimus, Vilasini Pillai, William Plyler, Edward Polhill, Steven Paperno, Luis Rodriguez, Earlando Samuel, Von Sims, Varun Singh, Larry Sowell, Vesselina Spassova, Richard Stefani, Christopher Suero, Natalie Tang, Daniel Tucker, Fatima Waheed, Eric White, Bob Whittington, and Karen Wright, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Coinbase Global, Inc., and Coinbase Inc.,<br><br>    Defendants. | **Case No. 1:22-cv-03250-TWT** |

## REQUEST FOR ORAL ARGUMENT

COME NOW, Defendants Coinbase Global, Inc. and Coinbase, Inc. (together, "Coinbase"), and, pursuant to Local Rule 7.1(E), hereby request oral argument on Coinbase's Motion to Compel Arbitration and Stay Proceedings (Dkt. 61). If the Court does not moot Plaintiffs' Motion to Appoint a Receiver (Dkt. 23) due to the pending Motion to Compel Arbitration, Coinbase also requests that the Court set oral argument at the same time on Plaintiffs' Motion to Appoint a Receiver, and on Coinbase's Motion to Strike or Disregard Evidence (Dkts. 23, 66).

While the facts and legal arguments of the Motion to Compel are those with which the Court is intimately familiar, because there are 52 named Plaintiffs and multiple versions of the Coinbase User Agreement all of which contained arbitration provisions, Coinbase believes oral argument will assist the Court in addressing any questions related to the various versions of the agreement and the evidence presented as to each Plaintiff's agreement to the respective User Agreement(s).

As to Plaintiffs' Motion to Appoint a Receiver, Plaintiffs are asking this Court to take the unprecedented step of issuing *class-wide* equitable relief in contravention of the parties' User Agreements and Fed. R. Civ. P. 23. In doing so, they are asking the court to impose a receivership on a publicly-traded company without presenting any evidence that Plaintiffs could not be made whole through legal remedies.

1

Counsel for Defendants believe that the opportunity to present the issues succinctly and to respond to possible questions the Court may have after the extensive briefing submitted may assist in the Court's consideration of this motion.

Finally, Defendants' Motion to Strike or Disregard is directly related to Plaintiffs' Motion to Appoint a Receiver, as it seeks to exclude inadmissible testimony introduced in Plaintiffs' Motion. As the evidentiary issues are varied and intimately tied with Plaintiffs' underlying arguments, the Motion to Strike or Disregard should be heard concurrently with Plaintiffs' Motion.

This 3rd day of March, 2023.

**HOLLAND & KNIGHT LLP**

*/s/ Cynthia G. Burnside*
Cynthia G. Burnside, Esq.
Georgia Bar No. 097107
Caroline J. Tanner, Esq.
Georgia Bar No. 392580
1180 Peachtree Street, N.W., Ste. 1800
Atlanta, GA 30309
(404) 817-8500
(404) 881-0470
cynthia.burnside@hklaw.com
caroline.tanner@hklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served a true and correct copy of the within and foregoing **REQUEST FOR ORAL ARGUMENT** by filing same with the Clerk of Court using the CM/ECF system, and that such filing provided electronic notice to all counsel of record.

This 3rd day of March, 2023.

<i>/s/ Cynthia G. Burnside</i><br>
Cynthia G. Burnside<br>
Georgia Bar No. 097107<br>
Caroline J. Tanner<br>
Georgia Bar No. 392580

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that the foregoing **REQUEST FOR ORAL ARGUMENT** has been prepared in accordance with the font and type specifications required under Northern District of Georgia Local Rules 5.1 and 7.1.

/s/ *Cynthia G. Burnside*
Cynthia G. Burnside
Georgia Bar No. 097107
Caroline J. Tanner
Georgia Bar No. 392580