# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| George Kattula, Ashley Adams, John Alexander, Kenneth Axelsson, Tara Bennett, Al Bigonia, Joseph Blumetti, Darren Bradley, Dallas Bray, Franklin Calderón, Wayne Colt Carter, Allan Chiulli, Lolletta Cohen, Laleh Dallalnejad, Erick Eliezaire, Mark Gambell, Rodrigo Garcia, Mark Girshovich, Charles Glackin, Eldon Hastings, Roger Haston, Travis Houzenga, Dan Hyatt, Bobby Johnson, Jane Krieser, Eric Larson, Chris Longstreth, Ngoun Mang, Lisa Marcial, Bianca McWilliams, Victor Mechanic, Mihail Mihalitsas, Brady Lee Nessler, Frank Onimus, Vilasini Pillai, William Plyler, Edward Polhill, Steven Paperno, Luis Rodriguez, Earlando Samuel, Von Sims, Varun Singh, Larry Sowell, Vesselina Spassova, Richard Stefani, Christopher Suero, Natalie Tang, Daniel Tucker, Fatima Waheed, Eric White, Bob Whittington, and Karen Wright, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>Coinbase Global, Inc., and Coinbase Inc.,<br><br>        Defendants. | CIVIL FILE ACTION<br>NO. 1:22-cv-03250-TWT<br><br>**CLASS ACTION**<br><br><br>JURY TRIAL DEMANDED<br><br><br>**PLAINTIFFS' RESPONSE TO COINBASE'S REQUEST FOR ORAL ARGUMENT** |

Defendants requested oral argument on three motions [Dkt. 79]. Plaintiffs previously requested oral argument on their Motion to Appoint a Receiver [Dkt. 48], so they agree that oral argument on their Motion would be beneficial. Plaintiffs also believe oral argument on Defendants' Motion to Compel Arbitration, once fully briefed, will likely assist the Court.

Plaintiffs believe there is no need for oral argument on Defendants' belated Motion to Strike [Dkt. 66].

                                                            Respectfully submitted,

                                                            HERMAN JONES LLP

                                                            */s/ John C. Herman*
                                                            John C. Herman
                                                            Georgia Bar No. 348370
                                                            Serina M. Vash (admitted pro hac vice)
                                                            Candace N. Smith
                                                            Georgia Bar No. 654910
                                                            Steven A. Vickery
                                                            Georgia Bar No. 816854

                                                            3424 Peachtree Road, N.E., Suite 1650
                                                            Atlanta, Georgia 30326
                                                            Telephone: (404) 504-6500
                                                            Facsimile: (404) 504-6501
                                                            jherman@hermanjones.com
                                                            svash@hermanjones.com
                                                            csmith@hermanjones.com

                                                            *Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE WITH LR 5.1

I hereby certify that the foregoing document is written in 14-point Times New Roman font in accordance with Local Rule 5.1.

>/s/ John C. Herman
John C. Herman
(Ga. Bar No. 348370)
HERMAN JONES LLP

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing document with the Clerk of the District Court, and the CM/ECF system will send notification of such filing to all attorneys of record.

Dated:  March 10, 2023

>/s/ John C. Herman
John C. Herman
*Counsel for Plaintiffs*