# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| George Kattula, Ashley Adams, John Alexander, Kenneth Axelsson, Tara Bennett, Al Bigonia, Joseph Blumetti, Darren Bradley, Dallas Bray, Franklin Calderón, Wayne Colt Carter, Allan Chiulli, Lolletta Cohen, Laleh Dallalnejad, Erick Eliezaire, Mark Gambell, Rodrigo Garcia, Mark Girshovich, Charles Glackin, Eldon Hastings, Roger Haston, Travis Houzenga, Dan Hyatt, Bobby Johnson, Jane Krieser, Eric Larson, Chris Longstreth, Ngoun Mang, Lisa Marcial, Bianca McWilliams, Victor Mechanic, Mihail Mihalitsas, Brady Lee Nessler, Frank Onimus, Vilasini Pillai, William Plyler, Edward Polhill, Steven Paperno, Luis Rodriguez, Earlando Samuel, Von Sims, Varun Singh, Larry Sowell, Vesselina Spassova, Richard Stefani, Christopher Suero, Natalie Tang, Daniel Tucker, Fatima Waheed, Eric White, Bob Whittington, and Karen Wright, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>Coinbase Global, Inc., and Coinbase Inc.,<br><br>      Defendants. | CIVIL FILE ACTION NO. 1:22-cv-03250-TWT<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED**<br><br><br>**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY** |

Plaintiffs respectfully request that the Court deny Defendants' Motion for Leave to File a Sur-Reply to Plaintiffs' Motion to Appoint a Receiver (Dkt. 96). Defendants' sur-reply is a plain attempt to evade this Court's page limitations on briefing and get the last word on Plaintiffs' Motion to Appoint a Receiver ("Plaintiffs' Motion").

The proposed sur-reply primarily seeks to re-argue Plaintiffs' showing of fraud by Defendants. Defendants do not make any showing as to why that issue merits a sur-reply. *See Chemence Med. Prod., Inc. v. Medline Indus., Inc.*, 119 F. Supp. 3d 1376, 1383 (N.D. Ga. 2015) (denying leave to file sur-reply where movant's reply brief responded to arguments in response brief). The evidence of Defendants' fraud is not a new issue raised by the reply brief in support of Plaintiffs' Motion. Plaintiffs' reply brief addressed that issue in response to arguments in Defendants' opposition brief.[1]

Further, Defendants had ample opportunity to respond to the relief requested by Plaintiffs' Motion, which was filed with a Proposed Order on November 16, 2022.[2] Defendants also had ample opportunity to respond to, for example,

---

[1] *See, e.g.*, Coinbase Global Inc. and Coinbase, Inc.'s Mem. of Law Opposing Pls.' Mot. to Appoint Receiver, Dkt. 63 at 11-12; Pls.' Reply Br. in Supp. of Mot. to Appoint a Receiver, Dkt. 71 at 10-11.

[2] [Proposed] Order for the Appointment of a Receiver, Dkt. 23-2.

Coinbase's own admissions of legal violations in a Consent Order with the New York State Department of Financial Services.  Indeed, Defendants already submitted two extra briefs on that evidence with their procedurally improper Motion to Strike.

In conclusion, filing a fourth brief of twelve more pages rehashing Defendants' arguments on Plaintiffs' Motion is not warranted and should be denied.

Respectfully submitted, this 31st day of March, 2023.

        HERMAN JONES LLP

        */s/ John C. Herman*
        John C. Herman
        Georgia Bar No. 348370
        Serina M. Vash (admitted pro hac vice)
        Candace N. Smith
        Georgia Bar No. 654910
        Steven A. Vickery
        Georgia Bar No. 816854

        3424 Peachtree Road, N.E., Suite 1650
        Atlanta, Georgia 30326
        Telephone: (404) 504-6500
        Facsimile: (404) 504-6501
        jherman@hermanjones.com
        svash@hermanjones.com
        csmith@hermanjones.com
        svickery@hermanjones.com

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1**

I hereby certify that the foregoing document is written in 14-point Times New Roman font in accordance with Local Rule 5.1.

> */s/ John C. Herman*
> John C. Herman
> (Ga. Bar No. 348370)
> HERMAN JONES LLP
> *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing document with the Clerk of the District Court, and the CM/ECF system will send notification of such filing to all attorneys of record.

Dated: March 31, 2023

> */s/ John C. Herman*
> John C. Herman
> *Counsel for Plaintiffs*